Robert B. Ryder, Esq.
Nevada Bar # 6806
Cheryl C. Bradford, Esq.
Nevada Bar # 9765
WOLFE & WYMAN LLP
980 Kelly Johnson Drive, Suite 140
Las Vegas, NV 89119
Tel: (702) 476-0100
Fax: (702) 476-0101
rbryder@wolfewyman.com
ccbradford@wolfewyman.com

Attorneys for Defendant
RALPHS GROCERY COMPANY dba
FOOD 4 LESS

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOAN IDA SIMS, individually, | Case No. 2:13-cv-02342-MMD-CWH |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR DISMISSAL** |
| RALPHS GROCERY COMPANY, a foreign corporation, dba FOOD 4 LESS; DOES I-X inclusive, and ROES I-X, inclusive, | |
| Defendant. | |

The parties, by and through the undersigned counsel of record, hereby stipulate to dismiss this matter, with prejudice, each party to bear its own costs and attorney's fees.

**IT IS SO STIPULATED.**

DATED: July 14th, 2014

WOLFE & WYMAN LLP

By: /s/ Cheryl Bradford
Robert B. Ryder, Esq.
Nevada Bar # 6806
Cheryl C. Bradford, Esq.
Nevada Bar # 9765
980 Kelly Johnson Drive, Suite 140
Las Vegas, NV 89119
*Attorneys for Defendant,*
*RALPHS GROCERY COMPANY dba*
*FOOD 4 LESS*

DATED: July ___, 2014

MAINOR WIRTH, LLP

By: /s/
Bradley S. Mainor, Esq.
Nevada Bar # 7434
Joseph J. Wirth, Esq.
Nevada Bar # 10280
6018 S. Fort Apache Rd., Suite 150
Las Vegas, NV 89148-5652
*Attorney for Plaintiff*

1

1744186.1

## ORDER

By stipulation of the parties, and good cause appearing therefore, the court orders as follows:

IT IS HEREBY ORDERED this matter is dismissed with prejudice each party to bear its own costs and attorney's fees.

**IT IS SO ORDERED.**

DATED: _ July 15, 2014

_____
United States District ~~Court~~ Judge

Submitted by,

WOLFE & WYMAN LLP

By: _____
Robert B. Ryder, Esq.
Nevada Bar # 6806
Cheryl C. Bradford, Esq.
Nevada Bar # 9765
980 Kelly Johnson Drive, Suite 140
Las Vegas, NV 89119
*Attorneys for Defendant,*
*RALPHS GROCERY COMPANY dba FOOD 4 LESS*

2